IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ABDIEL COLBERG

VIVIAN L RIOLLANO

XXX-XX-5902

XXX-XX-8313

Debtor(s)

CASE NO. 11-06113 MCF

Chapter 13

**FILED & ENTERED ON 09/19/2011**

## ORDER GRANTING WITHDRAWAL OF MOTION

Ch. 13 Trustee's motion withdrawing (docket entry #18):

[ ] the motion to dismiss
[ ] the objection to confirmation
[X] the objection to claim #4 filed by Firstbank PR
[ ] the motion to lift stay
[ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19 day of September, 2011.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C: DEBTOR(S)
JOSELYN M RAMIREZ
ALEJANDRO OLIVERAS RIVERA
FIRSTBANK